DLM

**U. S. SMALL BUSINESS ADMINISTRATION**
**RECEIVER FOR AMT CAPITAL, LTD.**
**409 THIRD STREET, S.W., 6TH FLOOR**
**WASHINGTON, D.C. 20416**

WRITER'S DIRECT TELEPHONE: (202) 205-7514 FAX NUMBER: (202) 205-6957

December 6, 2006

Mr. David A. DiMarzio, Clerk of the Court
U.S. District Court for Rhode Island
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

VIA UPS 2ND DAY DELIVERY

Re: United States of America v. AMT Capital, LTD.
Civil Action No. 3-06CV1883-K

Dear Mr. David A. DiMarzio:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the Northern District of Texas Dallas Division, has taken exclusive jurisdiction of AMT Capital, LTD ("AMT") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of AMT may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for AMT, stayed all legal proceedings involving AMT, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to AMT are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: Michele L. Pittman
Michele L. Pittman, Chief
Corporate Liquidation and Receivership Operations
Office of SBIC Liquidation